THOMAS A. JOHNSON, #119203
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com

Attorney for HONG XIANG DONG

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HONG XIANG DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG, AND QIHUA PAN,<br><br>　　　　Defendants. | Case No.: 2:20-cr-00108-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER<br><br>Date: August 22, 2024<br>Time: 9:30am<br>Judge: Hon Judge Troy L. Nunley |

## STIPULATION

1. By previous order, this matter was set for status on August 22, 2024.

2. By this stipulation, the defendants now move to continue the status conference until November 14, 2024, and to exclude time between August 22, 2024, and November 14, 2024 under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendants desire additional time to review the voluminous discovery, counsel with their clients, conduct investigation and research related to the criminal charges, and otherwise prepare for trial.

b) Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 22, 2024 to November 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T2 and T4] because this is a complex case and it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 13, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney

DATED: August 13, 2024

/s/ Emily E. Doringer
EMILY E. DORINGER
Attorney for Yi Zhu Lin

DATED: August 13, 2024

/s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorney for Yi Zhu Lin

DATE: August 13, 2024

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Hong Xiang Dong

DATE: August 13, 2024

/s/ William F. Portanova
WILLIAM F. PORTANOVA
Attorney for Qi Guo Lin

DATE: August 13, 2024

/s/ Jay Rorty
JAY RORTY
Attorney for Hong Ju Dong

DATE: August 13, 2024

/s/ Matthew Clinton Smith
MATTHEW CLINTON SMITH
Attorney for Qihua Pan

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of August 2024

_____
Troy L. Nunley
United States District Judge