MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorney for Defendant HONG JU DONG*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HONG XIANG DONG, YI ZHU LIN, QI GUO LIN, HONG JU DONG, AND QIHUA PAN,<br><br>Defendants. | Case No. 2:20-cr-00108-DC<br><br>**STIPULATION AND ORDER RESCHEDULING HEARING ON MOTION FOR BILL OF PARTICULARS**<br><br>Date:      April 3, 2026<br>Time:     2:00 p.m.<br>Judge:    Chief US Magistrate Judge<br>             Carolyn K. Delaney |

## STIPULATION

**IT IS HEREBY STIPULATED** by and between two of the parties, Plaintiff United States of America, and Defendant Hong Ju Dong (collectively, the "parties"), by and through their respective counsels of record, as follows:

WHEREAS, the hearing on Defendant Hong Ju Dong's Motion for Bill of Particulars (Dkt. 100) is currently set for April 3, 20026, at 2:00 p.m., Courtroom 24, before the Honorable Carolyn K. Delaney (Dkt. 106);

WHEREAS, the Government's Opposition to Hong Ju Dong's Motion for Bill of Particulars contends, "the discovery produced to date provides a straightforward view of the government's theory of the case." (Dkt.102 at 9);

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

152539863.1 0085291-00001

WHEREAS, new counsel for Mr. Hong Ju Dong has now received discovery from the Government including tens of thousands of pages;

WHEREAS, new counsel for Mr. Hong Ju Dong is now able to use a digital review platform to search and analyze the discovery and assess the Government's argument about the discovery;

NOW, THEREFORE, the parties stipulate and request that the hearing on the Motion for Bill of Particulars be continued from April 3, 2026, to May 26, 2026, at 10:00 a.m., or as soon thereafter as the Court is available, before the Honorable Sean C. Riordan.

**IT IS SO STIPULATED.**

DATED: April 2, 2026

ERIC GRANT
United States Attorney

*/s/ Roger Yang*
Roger Yang
Assistant United States Attorney

DATED: April 2, 2026

STOEL RIVES LLP

*/s/ Matthew D. Segal*
Matthew D. Segal
*Attorney for Defendant HONG JU DONG*

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION                -2-                2:20-CR-00108-DC
FOR BILL OF PARTICULARS
152539863.1 0085291-00001

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED:

The hearing on the Motion for Bill of Particulars currently set for April 3, 2026, is CONTINUED to May 26, 2026, at 10:00 a.m. in Courtroom 27 before Magistrate Judge Sean C. Riordan.

**IT IS SO ORDERED**.

Dated:  April 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION                -3-                2:20-CR-00108-DC
FOR BILL OF PARTICULARS
152539863.1 0085291-00001